■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER GERTZ, JR., Appellant. [938 NYS2d 921]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered July 16, 2009, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Eng, Chambers, Sgroi and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO GONZALEZ, Appellant. [939 NYS2d 714]—Appeal by the defendant from a judgment of the County Court, Westchester County (Colangelo, J.), rendered June 14, 2010, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant knowingly, voluntarily, and intelligently waived the right to appeal (*see People v Lopez*, 6 NY3d 248 [2006]; *People v Callahan*, 80 NY2d 273, 283 [1992]; *People v Moissett*, 76 NY2d 909, 910-911 [1990]; *People v Seaberg*, 74 NY2d 1, 11 [1989]). Since the defendant was informed of the maximum sentence that could be imposed if he failed to comply with the conditions of his plea agreement, his general waiver of his right to appeal encompasses his claim that the enhanced sentence was excessive (*see People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]; *People v White*, 3 AD3d 543, 544 [2004]; *People v Brown*, 272 AD2d 339 [2000]; *People v Monk*, 270 AD2d 433 [2000]; *People v Miles*, 268 AD2d 489 [2000]). Dillon, J.P., Balkin, Belen and Austin, JJ., concur.